# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 15-42681-399 |
| ) | |
| **TAMI LYNN DORSEY** ) | Chapter 13 |
| ) | |
| ) | |
| **Debtor** ) | |
| ) | |

## TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and hereby WITHDRAWS his Motion To Dismiss dated July 23, 2015.

Dated: August 14, 2015
WDMTDP--SI

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of August 14, 2015.

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.

TAMI LYNN DORSEY
8210 MATHILDA AVE
SAINT LOUIS, MO  63123

ROSENTHAL & RINGLING PC
11430 ST CHARLES ROCK RD
STE A
BRIDGETON, MO  63044