UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>TAMI LYNN DORSEY<br><br><br><br>**Debtor** | CASE NO: 15-42681-399<br>Chapter 13<br><br>Re: Objection to Claim 5 filed by<br>     CAVALRY SPV I LLC<br><br>Hearing Date: 11/04/2015<br>Hearing Time:  9:00 am |

## NOTICE OF HEARING ON OBJECTION TO CLAIM

Take notice that the Chapter 13 Trustee's objection dated August 04, 2015 to claim 5 of CAVALRY SPV I LLC and any response thereto will be called for hearing on November 04, 2015 at  9:00 am in U.S. Bankruptcy Court, 111 S. 10th St., Room 5 North, St. Louis, MO 63102 and you may be present at that time and be heard.

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of September 18, 2015.

NHOBCM--AC

TAMI LYNN DORSEY
8210 MATHILDA AVE
SAINT LOUIS, MO  63123

ROSENTHAL & RINGLING PC
11430 ST CHARLES ROCK RD
STE A
BRIDGETON, MO  63044

CAVALRY SPV I LLC
3936 E FORT LOWELL RD #200
C/O BASS & ASSOCIATES
TUCSON, AZ  85712

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.